# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIA POOLE, | ) |
| Plaintiff, | ) Civil Action No. 10-722 |
| v. | ) Judge Ambrose |
| | ) Magistrate Judge Bissoon |
| OFFICER FRANK MARKS, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On December 20, 2010, the magistrate judge issued a Report (Doc. 44) recommending that the Motion to Dismiss (Doc. 34) filed by Defendants Michael Dunn, John Mackey, Sean McGrail, Tom Reigatti, and Frank Marks (collectively, the "Bethel Park Police Defendants") be granted, and that Plaintiff's claims against the Bethel Park Police Defendants should be dismissed with prejudice as barred by the statute of limitations. Service of the Report and Recommendation was made on the parties, Plaintiff filed Objections (Doc. 45), and the Bethel Park Police Defendants filed a Response to Plaintiff's Objections (Doc. 46).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this 14th day of January, 2011, IT IS HEREBY ORDERED that the Bethel Park Police Defendants' Motion to Dismiss (**Doc. 34**) is **GRANTED**, and Plaintiff's claims against Defendants Michael Dunn, John Mackey, Sean McGrail, Tom

Reigatti, and Frank Marks are **DISMISSED WITH PREJUDICE.**

The Report and Recommendation of Magistrate Judge Bissoon dated December 20, 2010 (Doc. 44) is hereby adopted as the opinion of the District Court.

_____
Donetta W. Ambrose
United States District Judge

cc:

Sophia Poole (via U.S. First-Class Mail)
All counsel of record (via CM/ECF e-mail)